## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| CARRIE COBB, et al., | Civil No. 22-2364 (JRT/DLM) |
| Plaintiffs, | |
| v. | ORDER APPROVING SETTLEMENT |
| MEDICA SERVICES COMPANY LLC, | |
| Defendant. | |

Charles R Ash , IV, **ASH LAW, PLLC,** Wage & Hour, 402 West Liberty Street, Ann Arbor, MI 48103-4388, for plaintiffs.

Ryan E Mick, **DORSEY & WHITNEY LLP,** 50 S 6th St. Ste 1500, Mpls, MN 55402-1498, for defendant.

The Court hereby approves the settlement as summarized in the parties' Consent Motion for Approval of Settlement. Based on a review of the file, record, and proceedings herein, **IT IS HERE BY ORDERED** that:

1. the parties shall comply with the terms of the Settlement Agreement;

2. as defined in the Settlement Agreement, all Participating Plaintiffs shall be deemed to fully and finally release the Released Wage and Hour Claims against all Released Parties, and shall be forever barred and enjoined from instituting or prosecuting any Released Wage and Hour Claim against any Released Party;

3. this case is hereby **DISMISSED WITH PREJUDICE** and without award of costs except as set forth in the Settlement Agreement; and

4. the Court will retain jurisdiction to enforce the terms of the Parties Settlement Agreement.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 10, 2023
at Minneapolis, Minnesota

                                                      s/John R. Tunheim
                                                 JOHN R. TUNHEIM
                                        United States District Judge