# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Carrie Cobb, Jamica Crawford, Lavette Jones<br><br>Plaintiffs,<br><br>v.<br><br>Medica Services Company LLC<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-02364-JRT-DLM |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. the parties shall comply with the terms of the Settlement Agreement;

2. as defined in the Settlement Agreement, all Participating Plaintiffs shall be deemed to fully and finally release the Released Wage and Hour Claims against all Released Parties, and shall be forever barred and enjoined from instituting or prosecuting any Released Wage and Hour Claim against any Released Party;

3. this case is hereby **DISMISSED WITH PREJUDICE** and without award of costs except as set forth in the Settlement Agreement; and

4. the Court will retain jurisdiction to enforce the terms of the Parties Settlement Agreement.

Date: 7/10/2023                                                                                       KATE M. FOGARTY, CLERK